✎ GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:12-CR-24-001 |
| **CRYSTAL GRIGGS** | |

The defendant has complied with the rules and regulations of probation and paid all Court ordered fines and fees. She has met the criteria for early termination as outlined in the monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

*Jeannie P. Grizzard*

Jeannie P. Grizzard  
Drug & Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of February, 2019.

S/Clay D. Land

_____  
CLAY D. LAND  
CHIEF U.S. DISTRICT JUDGE